IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA ATENCIO, on behalf of
herself and a class of similarly
situated persons,

    Plaintiff,

v.                                                         No. 1:19-cv-00946-MIS-LF

SOUTHLAND ROYALTY COMPANY,
LLC,

    Defendant.

## **FINAL JUDGMENT**

The parties have filed a joint stipulation of dismissal with prejudice for all claims in this civil action. ECF No. 23. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." The stipulation is signed by the appearing parties' attorneys. Accordingly, the Court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58.

1. It is **HEREBY ORDERED** that this civil action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees.

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED TO CLOSE** the case.

*/s/ Margaret Strickland*
_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE